# United States Bankruptcy Court
## Southern District of Mississippi

In re  **Lisha Jenkins Jones**                                   Case No.  **25-03082**
Debtor(s)                                   Chapter  **13**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **January 7, 2026**          **/s/ Lisha Jenkins Jones**
                                    **Lisha Jenkins Jones**
                                    Signature of Debtor

| | | |
|---|---|---|
| LISHA JENKINS JONES<br>2182 WARNER RD<br>LORMAN, MS 39096 | MARINER FINANCE<br>ATTN: BANKRUPTCY<br>8211 TOWN CENTER DRIVE<br>NOTTINGHAM, MD 21236 | TITLE MAX<br>2200 CLAY ST<br>VICKSBURG, MS 39183 |
| THOMAS C. ROLLINS, JR.<br>THE ROLLINS LAW FIRM, PLLC<br>P.O. BOX 13767<br>JACKSON, MS 39236 | MERIT HEALTH RIVER***<br>P.O. BOX 841672<br>DALLAS, TX 75284 | TOWER LOAN<br>ATTN: BANKRUPTCY<br>PO BOX 320001<br>FLOWOOD, MS 39232 |
| CAPITAL ONE<br>ATTN: BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY, UT 84130 | MERIT HEALTH-NATCHEZ**<br>P.O. BOX 743101<br>ATLANTA, GA 30374 | UPSTART LOAN<br>P.O. BOX 1503<br>SAN CARLOS, CA 94070 |
| CAVALRY SPV LLC<br>1 AMERICAN LN<br>STE 220<br>GREENWICH, CT 06831 | MIDLAND CREDIT MGMT<br>ATTN: BANKRUPTCY<br>PO BOX 939069<br>SAN DIEGO, CA 92193 | US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVENW<br>WASHINGTON, DC 20530-0001 |
| CRAWLEY & BERGMANN<br>117 KINDERKAMACK RD<br># 201<br>RIVER EDGE, NJ 07661 | MOHELA<br>633 SPIRIT DRIVE<br>CHESTERFIELD, MO 63005 | USDA RURAL DEVELEPMENT<br>ATTN: BANKRUPTCY DEPT<br>PO BOX 66889<br>ST. LOUIS, MO 63166 |
| HEALTHPLS CU<br>POB 1700<br>JACKSON, MS 39215 | REPUBLIC FINANCE<br>352 JOHN R JUNKIN DR<br>UNI<br>NATCHEZ, MS 39120 | USDA RURAL DEVELOPMENT<br>C/O US ATTORNEY<br>501 E COURT ST<br>STE 4.401<br>JACKSON, MS 39201 |
| LAKELAND SURGERY<br>971 LAKELAND DR<br>STE 1460<br>JACKSON, MS 39216 | SANTANDER BANK<br>P.O. BOX 961211<br>FORT WORTH, TX 76161 | VICKSBURG PULMONARY CL<br>114 MONUMENT PLACE<br>VICKSBURG, MS 39180 |
| LENDINGPOINT LLC.<br>1201 ROBERTS BOULEVARD<br>KENNESAW, GA 30144 | SYNCB<br>ATTN: BANKRUPTCY DEPT<br>P.O. BOX 965065<br>ORLANDO, FL 32896 | |
| LVNV FUNDING LLC<br>ATTN: BANKRUPT<br>PO BOX 1269<br>GREENVILLE, SC 29602 | SYNCHRONY BANK<br>ATTN: BANKRUPTCY<br>PO BOX 965060<br>ORLANDO, FL 32896 | |