**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

In re:  Case No.: 25-03082-KMS

Lisha Jenkins Jones,  Chapter: 13

    Debtor.

**OBJECTION OF SANTANDER BANK, N.A. TO**
**CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

Santander Bank, N.A., as servicer for Santander Consumer USA Inc. ("Movant"), a secured creditor herein, by and through its undersigned attorney, files its objection to confirmation of the proposed plan and states as follows:

1. On December 3, 2025, Lisha Jenkins Jones (the "Debtor") filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code (the "Petition Date").

2. This Court has jurisdiction of the parties and the subject matter pursuant to 28 U.S.C. §§157, 1334 and 11 U.S.C. § 1324.

3. On October 27, 2023, the Debtor executed and delivered that certain Retail Installment Sale Contract (the "Note"), which was assigned to MOVANT, for the purchase of that 2024 Chevrolet Equinox bearing Vehicle Identification Number 3GNAXKEG3RS102813 (the "Collateral"). A true and correct copy of the Note is attached hereto as **Exhibit "A."**

4. In order to secure its purchase money security interest evidenced by the Note, Movant recorded its lien by notating the Title (the "Title"), a true and correct copy of which is attached hereto as **Exhibit "B."**

5. On December 3, 2025, the Debtor filed a Chapter 13 Plan (Dkt. 2) (the "Plan").

6. Movant has a 910 claim in the amount of $37,960.12, filed in this matter as Claim 4-1 ("MOVANT'S CLAIM").

2

7.  The Plan correctly classifies and values Movant's Claim; however, the Plan fails to provide for the proper treatment of Movant's Claim based on the fact that the Plan does not provide adequate assurance of lien retention as to the Collateral.

8.  The Plan has not been accepted by Movant pursuant to 11 U.S.C. § 1325(a)(5)(A).

9.  Movant demands that the Plan be amended to properly identify the Collateral, and include the following language: "Santander Consumer USA Inc.'s lien shall be retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under 1328."

WHEREFORE, Movant requests this Court to deny confirmation of the Plan and for such further relief as this Court deems appropriate.

Dated this 20th day of January, 2026.

>     */s/ Christopher D. Meyer*
>     Christopher D. Meyer, Esq. (MSB 103467)
>     *Attorney for Santander Bank, N.A., as*
>     *servicer for Santander Consumer USA Inc.*

**OF COUNSEL:**
BURR & FORMAN LLP
The Pinnacle at Jackson Place
190 E Capitol Street, Suite M-100
Jackson, MS 39201
Telephone: (601) 355-3434
Facsimile: (601) 355-5150
cmeyer@burr.com

2

3

**CERTIFICATE OF SERVICE**

HEREBY CERTIFY that a copy of the foregoing has been served on this 20th day of January, 2026, either by electronic transmission or by United States first class mail postage prepaid to the following:

**Debtor:**
Lisha Jenkins Jones
2182 Warner Rd
Lorman, MS 39096

**Counsel for the Debtor:**
Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

**Trustee:**
David Rawlings
Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403

**U.S. Trustee:**
U. S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201

                                        */s/ Christopher D. Meyer*
                                        OF COUNSEL

65098381 v1