# Proceeding Minutes / Proceeding Memo

**Case #:** 25-03082   **Case Name:** Lisha Jenkins Jones

**Set:** 01/29/2026 10:00 am   **Chapter:** 13   **Type:** bk   **Judge:** Katharine M. Samson

**matter** Confirmation Hearing

Objection filed by Santander Bank, NA (Dkt. #17) - AGREED ORDER TO BE SUBMITTED BY MEYER; CALLED IN BY MEYER

Minute Entry Re: (related document(s): [9] Confirmation Hearing) Christopher Meyer to submit an Agreed Order on the Objection filed by Santander Bank, NA [17]. Order due by 02/12/2026. Confirmation hearing removed. (mcc)