___



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: January 27, 2026**

___

The Order of the Court is set forth below. The docket reflects the date entered.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

In re:    Case No.: 25-03082-KMS

Lisha Jenkins Jones,    Chapter: 13

    Debtor.

**AGREED ORDER ON OBJECTION OF SANTANDER BANK, N.A.**
**TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

The Court has before it Creditor Santander Bank, N.A., as servicer for Santander Consumer USA Inc.'s ("SCUSA") Objection to Confirmation of Debtor's Chapter 13 plan (docket number 17) set for hearing on January 29, 2026. The parties have announced settlement and request the Court to approve same.

SCUSA's Claim related to that 2024 Chevrolet Equinox bearing Vehicle Identification Number 3GNAXKEG3RS102813 (the "'Collateral") [Claim 4-1] shall be paid pursuant to SCUSA's Proof of Claim, with 10% interest. Additionally, SCUSA's lien on the Collateral shall be retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under 1328.

65201763 v1

This lien retention language shall apply to Debtor's current Chapter 13 Plan, and any amendment or modification thereof.

##END OF ORDER##

/s/ Thomas C. Rollins, Jr.
Thomas Carl Rollins, Jr
*Attorney for Debtor*

/s/ Christopher D. Meyer
Christopher D. Meyer
*Attorney for Santander Bank, N.A., as servicer for Santander Consumer USA Inc.*

/s/   Samuel J. Duncan
Attorney for David Rawlings
*Chapter 13 Trustee*

Submitted by:
Christopher D. Meyer, Esq. (MSB 103467)
BURR & FORMAN LLP
The Pinnacle at Jackson Place
190 E Capitol Street, Suite M-100
Jackson, MS 39201
Telephone: (601) 355-3434
Facsimile: (601) 355-5150
cmeyer@burr.com

65201763 v1