United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-03082-KMS
Lisha Jenkins Jones Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 3
Date Rcvd: Feb 19, 2026     Form ID: n031     Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisha Jenkins Jones, 2182 Warner Rd, Lorman, MS 39096-9309 |
| 5597513 | + | Crawley & Bergmann, 117 Kinderkamack Rd, # 201, River Edge, NJ 07661-1916 |
| 5597515 | + | Lakeland Surgery, 971 Lakeland Dr, Ste 1460, Jackson, MS 39216-4684 |
| 5605732 | + | Lending Point, LLC, Jefferson Capital Systems LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 5611858 | + | Merit Health River, P.O. Box 841672, Dallas, TX 75284-1672 |
| 5611859 | + | Merit Health-Natchez, P.O. Box 743101, Atlanta, GA 30374-3101 |
| 5597531 | + | Vicksburg Pulmonary Cl, 114 Monument Place, Vicksburg, MS 39180-5169 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5615019 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 19 2026 20:03:33 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5597511 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 19 2026 20:03:36 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5622323 | + | Email/Text: bankruptcy@cavps.com | Feb 19 2026 19:59:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5597512 | + | Email/Text: bankruptcy@cavps.com | Feb 19 2026 19:59:00 | Cavalry SPV LLC, 1 American Ln, Ste 220, Greenwich, CT 06831-2563 |
| 5597514 | + | Email/Text: bankruptcynotices@healthplusfcu.com | Feb 19 2026 19:59:00 | HealthPlus Federal Credit Union, 500H E. Woodrow Wilson Ave, Jackson MS 39216-4538 |
| 5610993 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 19 2026 19:59:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5620695 | ^ | MEBN | Feb 19 2026 19:53:41 | John S. Simpson, Esq., Simpson Law Firm PA, for HealthPlus Federal Credit Union, P.O. Box 2058, Madison MS 39130-2058 |
| 5597516 | | Email/Text: Bkynotices@lendingpoint.com | Feb 19 2026 19:58:00 | LendingPoint LLC., 1201 Roberts Boulevard, Kennesaw, GA 30144 |
| 5597517 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 19 2026 20:03:34 | LVNV Funding LLC, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 5599212 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 19 2026 20:03:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5621132 | + | Email/Text: bankruptcy@marinerfinance.com | Feb 19 2026 19:58:00 | MARINER FINANCE, 8110 CORPORATE DR, NOTTINGHAM MD 21236-5034 |
| 5597520 | | Email/Text: EBN@Mohela.com | Feb 19 2026 19:58:00 | Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5610556 | | Email/Text: EBN@Mohela.com | Feb 19 2026 19:58:00 | US Department of Education-MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 19, 2026 | Form ID: n031 | Total Noticed: 40 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5597518 | + | Email/Text: bankruptcy@marinerfinance.com | Feb 19 2026 19:58:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5622777 | + | Email/Text: pasi_bankruptcy@chs.net | Feb 19 2026 19:58:00 | Merit Health Natchez, C/O PASI, PO Box 188, Brentwood TN 37024-0188 |
| 5613794 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 19 2026 19:58:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5597519 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 19 2026 19:58:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5618753 | | Email/Text: bnc-quantum@quantum3group.com | Feb 19 2026 19:58:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5597521 | | Email/Text: bankruptcy@republicfinance.com | Feb 19 2026 19:59:00 | Republic Finance, 352 John R Junkin Dr, Uni, Natchez, MS 39120 |
| 5605563 | | Email/Text: bankruptcy@republicfinance.com | Feb 19 2026 19:59:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5597522 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 19 2026 19:58:00 | Santander Bank, P.o. Box 961211, Fort Worth, TX 76161-0211 |
| 5605723 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 19 2026 19:58:00 | Santander Bank, N.A.; as, servicer for Santander Consumer USA Inc., 1601 Elm St., Suite 800, Dallas, TX 75201-7260 |
| 5597523 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 19 2026 20:03:29 | Syncb, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 5621772 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 19 2026 20:03:29 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5597524 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 19 2026 20:03:32 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5598477 | + | Email/Text: bkinfo@ccfi.com | Feb 19 2026 19:59:00 | TMX Finance of Mississippi, Inc., 2312 E Trinity Mills Rd. Ste 100, Carrollton TX 75006-1955 |
| 5597526 | | Email/Text: bankruptcy@towerloan.com | Feb 19 2026 19:58:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5597525 | + | Email/Text: bkinfo@ccfi.com | Feb 19 2026 19:59:00 | Title Max, 2200 Clay St, Vicksburg, MS 39183-3121 |
| 5616751 | + | Email/Text: bankruptcy@towerloan.com | Feb 19 2026 19:58:00 | Tower Loan of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5597528 | ^ | MEBN | Feb 19 2026 19:53:48 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5597529 | + | Email/Text: sm.rd.so.bkr@usda.gov | Feb 19 2026 19:58:00 | USDA Rural Develepment, Attn: Bankruptcy Dept, Po Box 66889, St. Louis, MO 63166-6889 |
| 5597530 | + | Email/Text: ebone.woods@usdoj.gov | Feb 19 2026 19:58:00 | USDA Rural Development, c/o US Attorney, 501 E Court St, Ste 4.401, Jackson, MS 39201-5022 |
| 5597527 | + | Email/Text: UpStart@ebn.phinsolutions.com | Feb 19 2026 19:58:00 | Upstart Loan, P.O. Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 33

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | HealthPlus Federal Credit Union |
| cr | | Santander Bank, N.A., as servicer for Santander Co |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Feb 19, 2026 | Form ID: n031 | Total Noticed: 40 |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2026          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher D Meyer | on behalf of Creditor Santander Bank N.A., as servicer for Santander Consumer USA Inc. cmeyer@burr.com, sberry@burr.com;cmccann@burr.com;kpitts@burr.com;NDBKFL@burr.com |
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| John S. Simpson | on behalf of Creditor HealthPlus Federal Credit Union jsimpson@simpsonlawfirm.net rboone@simpsonlawfirm.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Lisha Jenkins Jones trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−03082−KMS
**Chapter:** 13

**In re:**

Lisha Jenkins Jones
2182 Warner Rd
Lorman, MS 39096

### Notice of Entry of Order Confirming Plan

The Court entered an Order on 02/19/2026 (Dkt. # 23 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: February 19, 2026

Danny L. Miller, Clerk of Court